UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FUCICH CONTRACTING, INC., *et al.* | CIVIL ACTION |
| VERSUS | NO. 18-2885 |
| SHREAD-KUYRKENDALL & ASSOCIATES, INC., *et al.* | SECTION: M (4) |

**O R D E R**

Having considered the motion to enforce the settlement agreements filed on behalf of Fucich Contracting, Inc.,[1] the parties' memoranda, the applicable law, and the Magistrate Judge's Report and Recommendation,[2] and further considering that there have been no objections to the magistrate judge's report and recommendation, the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion to enforce settlement agreements is DENIED.

New Orleans, Louisiana, this 24th day of June, 2019.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 195.
[2] R. Doc. 244.